```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  916-554-2772
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:12-cr-00122-KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER LIMITING DISSEMINATION OF DISCOVERY BETWEEN PLAINTIFF UNITED STATES AND DEFENDANT LUCERO |
| LILA MIA LUCERO, | |
| Defendant. | |

HEREBY, plaintiff United States and defendant Lucero, by and through her counsel, AFD Dennis Waks, recognize that the discovery in this case is voluminous and contains a large amount of "protected information" (including but not limited to the victims' Social Security numbers, dates of birth, driver's license numbers, personal financial account numbers, telephone numbers, and residential addresses).  Since the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter, the parties further recognize that entry of a stipulated protective order is appropriate.

WHEREFORE, defendant Lucero, by and through counsel, and plaintiff United States, hereby stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than associated Defense Counsel and designated defense investigators and support staff. Defense Counsel may ONLY permit the defendant to view unredacted documents in the presence of her attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and

will use reasonable care to ensure that it is not disclosed to
            third persons in violation of this agreement.
6.     Defense Counsel shall be responsible for advising his client,
       defendant Lucero, any and all of his employees, and other members
       of the defense team, and defense witnesses of the contents of
       this Stipulation/Order.
7.     In the event that the defendant substitutes counsel, undersigned
       Defense Counsel agrees to withhold discovery from new counsel
       unless and until substituted counsel agrees, in writing, also to
       be bound by this Order.

DATED: 4/2/12 _____            BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ Michelle Rodriguez
                                    By: _____
                                           MICHELLE RODRIGUEZ
                                           Assistant U.S. Attorney

DATED: 3/30/12 _____           /s/ Michelle Rodriguez per
                                           approval via email from Mr Waks
                                    By: _____
                                           DENNIS WAKS
                                           Counsel for Defendant Lucero

///

**ORDER**

For the reasons set forth herein, the stipulation of the parties is hereby entered upon the records of this court. Accordingly, dissemination of discovery in this matter is hereby limited pursuant to this protective decree.

SO ORDERED.

DATED: April 3, 2012.

_____
UNITED STATES DISTRICT JUDGE