```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2724
 5
 6
 7                  IN THE UNITED STATES DISTRICT COURT
 8                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )
                                 )   CR.S. 12-00122-KJM
11            Plaintiff,         )
                                 )
12     v.                        )   THIRD AMENDED STIPULATION REGARDING
                                 )   RESTITUTION OWED BY
13  LILA MIA LUCERO              )   DEFENDANT LILA LUCERO
                                 )
14            Defendant.         )
    _____)
15
16
17       IT IS HEREBY stipulated between the United States of America,
18  through its undersigned counsel, Michelle Rodriguez and defendant
19  Lila Lucero, through her undersigned counsel Dennis S. Waks, that the
20  amount of restitution owed for the defendant's criminal actions, as
21  set forth in the Presentence Investigation Report, is $8,600.42.
22  Defendant Lucero shall begin payments immediately.  Restitution is
23  to be sent to the United States District Court Clerk's Office in
24  Sacramento, California, for disbursement to GE Capitol for Lowes
25  GE CRB,  P.O. Box 981426, El Paso, TX 79998, in the amount of
26  $6,610.31 and MCCS to the Attention of Davita Clark, 9111 Duke Blvd.
27  Mason, OH 45015 in the amount of $1,990.11.  Interest is waived.
28  /////
```

1

United States Probation Officer Karen Y. Lucero has been advised of this amended stipulation.

                                        Respectfully submitted,

Dated: March 19, 2013        /s/ Michelle Rodriguez
                                      _____
                                      MICHELLE RODRIGUEZ
                                      Assistant U.S. Attorney


Dated: March 19, 2013        /s/ Dennis S. Waks
                                      _____
                                      DENNIS S. WAKS
                                      Attorney for Defendant Lila Lucero


    IT IS SO ORDERED.

Dated: March 20, 2013.

                                      _____
                                    UNITED STATES DISTRICT JUDGE